UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 5:26-cv-04300-BFM **Date:** August 4, 2026

**Title:** *Minza Nicole Maltez Reyes v. James Janecka et al.*

==============================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) Order to Show Cause Regarding Violation of General Order 26-05**

Petitioner has filed an ex parte application for an order requiring Petitioner to be returned to this District. Petitioner alleges that Respondents transferred Petitioner out of the Central District of California without notice, in violation of General Order 26-05. (ECF 6.)

On July 31, 2026, the Court issued its Notice of General Order 26-05, which requires Respondent to "provide at least two court days' notice to the petitioner, petitioner's counsel, and the Court of its intent to remove the petitioner from the Central District of California." (ECF 5 at 2.) Petitioner's counsel states that he received a notice of detainee transfer on August 2, 2026, informing him that Petitioner was transferred from Adelanto ICE Processing Center in the Central District of California to an immigration detention facility in the Eastern District of California. (ECF 6 at 9, ECF 6-1 at 16.)

Respondents are ordered to respond to the Application and show cause regarding the alleged violation of General Order 26-05 on or before **August 5, 2026**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 5:26-cv-04300-BFM **Date:** August 4, 2026

**Title:** *Minza Nicole Maltez Reyes v. James Janecka et al.*

==========================================================

Because no attorney has yet entered a notice of appearance for Respondents, the Court instructs the Deputy Clerk to send a copy of this order to Alarice M. Medrano, whom the Court understands to oversee the unit handling immigration-detention petitions for the U.S. Attorney's Office.

cc: Alarice M. Medrano, Assistant United States Attorney
Counsel of record

Initials of Preparer: ch