JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

MIRZA NICOLE MALTEZ REYES,
Petitioner,
v.
JAMES JANECKA, et al.,
Respondents.

No. 5:26-cv-04300-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition (ECF 13), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim One. The remaining claims in the Petition are denied as moot in light of the relief granted on Claim One.

DATED: August 21, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE